IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ETHANOL CAPITAL MANAGEMENT, LLC, ) ) ) Plaintiff, ) ) vs. ) ) RAWHIDE MANAGEMENT, LLC, ) ) Defendant. ) | 8:08CV281 ORDER |

For good cause shown,

**IT IS ORDERED** that plaintiff's unopposed motion to extend dates (Doc. 37) is granted, and the deadlines set in paragraphs 2.a and 3 of the Final Progression Order (Doc. 30) are extended, as follows:

1. The deposition deadline is extended from February 12, 2010 to **February 19, 2010.**

2. Plaintiff is given until **December 4, 2009** to serve expert witness statements pursuant to Fed. R. Civ. P. 26(a)(2). Defendant shall serve its expert witness statements no later than **January 11, 2010**. Plaintiff is given until **February 1, 2010** to serve rebuttal expert witness statements.

3. All other progression order deadlines remain in effect.

**DATED October 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**