## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ETHANOL CAPITAL MANAGEMENT, LLC,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV281** |
| **v.** | ) ) | **ORDER** |
| **RAWHIDE MANAGEMENT, LLC,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (Doc. 50).  Although the defendant did not consent to the motion, the response deadline has expired, and the court did not receive a response from the defendant in opposition to the motion.

Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted.  Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED:**

1.   Plaintiff's MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (Doc. 50) is granted. Plaintiff is given until and including **May 25, 2010** to file and serve the amended complaint.

2.   Defendants shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

**DATED May 17, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**