IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLEAN ENERGY CAPITAL, LLC, | ) | CASE NO. 8:08CV00281 |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| RAWHIDE MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

This matter comes before the court on the Parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 63). The Court, being fully advised, finds the relief requested in the Joint Stipulation should be granted. Accordingly,

IT IS HEREBY ORDERED that the Amended Complaint (Filing No. 54) and this action are dismissed, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall each bear their own costs and attorney fees.

Dated this 8th day of November, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
*Chief District Judge*